## PHILLIPS v. STATE.
### No. 19087.

Court of Criminal Appeals of Texas.

June 9, 1937.

R. G. Allen, of Houston, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for theft; penalty assessed at confinement in the penitentiary for life.

The enhanced penalty for the third conviction, as provided in article 63, P.C., was invoked.

The record is before this court without statement of facts or bills of exception. The indictment appears regular and properly presented. No error has been perceived or pointed out.

The judgment of the trial court is affirmed.